AO 91 (Rev. 11/11) Criminal Complaint

SAUSA: Fleet  Telephone: (810) 766-5177
Task Force Officer: Ross, DEA  Telephone: (810) 768-7600

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Terence Deangelo-Jamiel Brock,

Case: 4:24-mj-30405
Judge: Ivy, Curtis
Filed: 09-20-2024

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 12, 2024__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | possession with intent to distribute and to distribute controlled substances, 50 grams or more of Methamphetamine |

This criminal complaint is based on these facts:

There is probable cause that on or about September 12, 2024 2024, in the Eastern District of Michigan, Terence Deangelo-Jamiel Brock, possessed with intent to distribute and to distribute controlled substances, 50 grams or more of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Bradley Ross, Task Force Officer, DEA
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 20, 2024

_Judge's signature_

City and state: Detroit, MI

Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Drug Enforcement Administration Task Force Officer Bradley S. Ross, being first duly sworn, hereby deposes and states as follows:

1. The purpose of this affidavit is to establish probable cause that on or about September 12, 2024, in the Eastern District of Michigan, Terence Deangelo-Jamiel Brock, (DOB: xx/xx/1988) possession with intent to distribute and to distribute controlled substances, 50 grams or more of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. I am a duly sworn Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) and have been so since February 2019. I have received specialized training on the subject of drug trafficking and money laundering from the DEA, as well as the Michigan State Police. I have been employed by the Michigan State Police since August 1998. I work in conjunction with other federal and local police agencies investigating illegal trafficking of controlled substances and related drug proceeds throughout the United States of America and abroad. I have participated in numerous investigations involving trafficking in various types of controlled substances. I am familiar with the manner, language, and techniques of traffickers in controlled substances. I have participated in arrests for controlled substances act violations which have resulted in felony convictions.

## *Probable Cause*

3.  On September 12, 2024, at approximately 7:30 pm, Flint Township Police Officer Matthew Lashbrook was following up on a previous stalking complaint in the area of **** Charter Oak Dr. Flint MI. The suspect in the stalking complaint was described as a black male with face tattoos driving a black SUV.

4.  While in route to his follow up Officer Lashbrook was advised by Detective Lacey Lopez of Flint Township Police Department that she was receiving calls of a suspicious black Escalade parked in the driveway of **** Charter Oak Dr. Detective Lopez advised that the caller stated the Escalade had been parked there since 10:00 am occupied by a black male with face tattoos. The Escalade was backed into the driveway of **** Charter Oka Dr. close to the garage, and the caller was unable to get license plate information. Detective Lopez shared that the home was known for drug activity and had been the location of multiple drug overdoses.

5.  Officer Lashbrook continued to **** Charter Oak Dr. for his follow up. In his route of travel he did observe the black Escalade parked in the driveway of **** Charter Oak Dr. with the driver's side window rolled down approximately six inches. Officer Lashbrook was unable to see any occupants at that time due to dark tint on the windows of the vehicle.

6.  Officer Lashbrook arrived at **** Charter Oak Dr. and attempted to make contact with the victim of the previous stalking complaint by knocking on the

door with no response.

7. Officer Lashbrook remained parked at **** Charter Oak Dr. in his patrol vehicle facing southbound a short distance from **** Charter Oak Dr. observing the Escalade. Officer Lashbrook saw a black male exit the driver's side of the vehicle wearing a white t-shirt and black sweat pants. The male looked in the direction of the patrol car and got on his cell phone. A black Buick sedan pulled into the driveway of **** Charter Oak Dr. briefly and had a short conversation with the male from the Escalade before leaving southbound. Shortly after the Buick left the area, Officer Lashbrook witnessed a UPS truck arrive at **** Charter Oak Dr. and deliver packages directly to the black male driver of the Escalade. The male then entered the Escalade and left southbound on Charter Oak Dr.

8. Officer Lashbrook followed the black Escalade southbound on Charter Oak Dr. and was able to obtain the Michigan license plate number. After checking the vehicle plate through Genesee County Central Dispatch, it was found to not have insurance. Officer Lashbrook conducted a traffic stop on the Escalade for no insurance and tinted windows in the area of Pickwick and Fenton Roads.

9. Contact was made with the driver, and lone occupant of the vehicle, Terence Brock as identified by his Michigan driver's license. Brock was advised of the reason for the stop and stated he was aware his vehicle was not currently insured.

10. Through the course of the traffic stop Brock was asked from the vehicle and consent pat down was conducted of his person. Officer Lashbrook located a large amount of U.S. currency in small denominations in Brock's from left pants pocket. Officer Lashbrook removed the cash from Brock's pocket with his consent and set it in the seat of the Escalade. Officer Lashbrook then walked with Brock back towards the rear of his vehicle. Officer Lashbrook further explained to Brock the reasons for the traffic stop and inquired as to why he was sitting parked in the driveway of **** Charter Oak Dr. since 10:00 am that day. Brock was also advised that he fit the description of the suspect in a stalking complaint in that area. Brock stated that he was sitting in the driveway because he knows the homeowner, but was unable to supply the owner's name, and was doing maintenance on the home. Officer Lashbrook noted that there were no visible tools in the vehicle upon his initial contact.

11. Officer Lashbrook received consent from Brock to search the vehicle, which was conducted and a K9 was requested to respond to the traffic stop. Trooper Denis McGuckin arrived on scene with K9 Dre-ko. Dre-ko conducted a free air sniff around the vehicle and gave positive indication near the driver's side wheel well and the rear right rear well / passenger door area directly below where the packages from UPS were sitting in the vehicle. The two packages were removed from the interior of the vehicle and placed on the ground independently from the vehicle and

approximately five feet apart. K9 Dre-ko conducted a free air search around the packages and gave positive indication for the presence of narcotics.

12. The packages were opened on scene and each revealed a Barbie Doll box that concealed black heat sealed plastic bags containing a white crystal substance believed to be crystal methamphetamine, which was later confirmed by Detective Nick Jones of the Flint Area Narcotics Group utilizing a TruNarc test. The approximately weight of both packages combined was 9.63 kilograms.

13. I obtained a criminal history record for Terence Brock and found that he has the following pertinent criminal history:

2007- Carrying Concealed Weapon -Conviction, 7th Circuit Court

2011- Possession of Controlled Substance – 7th Circuit Court

2017- Felon in Possession of Firearm, Felony Firearm, Resisting Obstructing an Officer, Carrying Concealed Weapon- 7th Circuit Court

2017- Possession of Firearm in Furtherance of a Drug Trafficking Crime, Possession with Intent to Distribute a Controlled Substance- Eastern District of Michigan.

*Conclusion*

14. Based on the above facts, there is probable cause to believe that on September 12, 2024, in the Eastern District of Michigan, Terence Brock (DOB: xx/xx/1988) committed violations 21 U.S.C. § 841(a)(1).

_____
Bradley Ross
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me and/or by reliable electronic means on this 20th day of September, 2024.

_____
Hon. Kimberly Altman
United States Magistrate Judge